No. 383. TOWN OF FLAGSTAFF v. WILLIAM D. WALSH, AS THE SURVIVING PARTNER OF THE COPARTNERSHIP OF MCLEAN AND WALSH, ETC., ET AL. October 11, 1926. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. Walter Bennett* and *John L. Gust* for petitioner. *Mr. Henry G. Bodkin* for respondent.

No. 384. AMERICAN SMELTING & REFINING COMPANY v. GEORGE CAMPBELL CARSON. October 11, 1926. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. Charles Earl, Frederick P. Fish, George Donworth,* and *John C. Higgins* for petitioner. *Messrs. John H. Miller* and *A. W. Boyken* for respondent.

No. 389. SYLVIA LAKE COMPANY INC., DOMINION COMPANY OF NEW YORK ET AL. v. NORTHERN ORE COMPANY, NEW YORK ZINC COMPANY, INC., HENRY W. BORST, ET AL. October 11, 1926. Petition for writ of certiorari to the Supreme Court of the State of New York denied. *Messrs. Edwin L. Garvin* and *Alfred G. Reeves* for petitioners. *Mr. Henry Purcell* for respondents.

No. 390. ST. LOUIS-SAN FRANCISCO RAILWAY COMPANY v. WARREN LANDERS. October 11, 1926. Petition for writ of certiorari to the Supreme Court of the State of Oklahoma denied. *Messrs. C. B. Stuart, J. F. Sharpe, M. K. Cruce, Ben Franklin, E. T. Miller,* and *Thomas P. Littlepage* for petitioner. No appearance for respondent.

No. 392. AMERICAN RAILWAY EXPRESS COMPANY v. CLINTON HARRIS. October 11, 1926. Petition for writ of certiorari to the Court of Appeals of the District of Co-